**JacksonLewis**

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax

jacksonlewis.com

April 21, 2021

**VIA ECF AND EMAIL (CronanNYSDChambers@NYSD.USCourts.gov)**
The Honorable John P. Cronan
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   **Nisbett v. AMPHP, Inc.**
       **1:21-CV-02332-JPC**

Dear Judge Cronan:

This firm represents Defendant, AMPHP, Inc. in the above-referenced matter.  This letter is written pursuant to Rule 3(B) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from April 22, 2021 through and including June 4, 2021.

Plaintiff consents to this request.  This request is being made as our office was recently retained and we would like this additional time to permit us to review and analyze the allegations in Plaintiff's Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.  In addition, the Parties intend on using this time to explore a possible settlement agreement.  This is Defendant's first request for an extension of this deadline.  No other deadlines have been scheduled in this case.

Thank you for your consideration of this request.

Respectfully submitted,


*/s/ Joseph J. DiPalma*
 Joseph J. DiPalma
(914) 872-6920
Joseph.DiPalma@jacksonlewis.com
JACKSON LEWIS P.C.